UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RUBEN GARCIA** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-00136 |
| | § | |
| **ALLSTATE TEXAS LLOYDS** | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ruben Garcia and Defendant, Allstate Texas Lloyds, and file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On February 16, 2015, Plaintiff, Ruben Garcia sued Defendant.

2. Plaintiff, Ruben Garcia, moves to dismiss his suit.

3. Defendant agrees to the dismissal of Ruben Garcia's claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Ruben Garcia's case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

                                                                                    Respectfully submitted,

                                                                                    /S/ *Jose Luis Flores* \_\_\_\_\_
                                                                                    Jose Luis Flores
                                                                                   Attorney in Charge
                                                                                   Fed I.D. No.:
                                                                                   State Bar No.: 0786401
                                                                                   1111 W. Nolana Avenue
                                                                                   McAllen, Texas 78504

1

2

        (956) 682-0924
        (956) 682-3838 (fax)

        /S/ Rosemary Conrad-Sandoval
        Rosemary Conrad-Sandoval
        Attorney In Charge
        Fed. I.D. No. 13738
        State Bar No. 04709300

        Of Counsel:

        ROERIG, OLIVEIRA & FISHER, L.L.P.
        10225 N. 10th Street
        McAllen, TX  78504
        (956) 393-6300
        (956) 386-1625 Fax

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Jose Luis Flores
LAW OFFICE OF JOSE LUIS FLORES
1111 W. Nolana Avenue
McAllen, Texas 78504

on this 8th day of February, 2016.

        /S/ Rosemary Conrad-Sandoval
        ROSEMARY CONRAD-SANDOVAL