United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUBEN GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-136 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

The Court now considers the "Agreed Stipulation of Dismissal with Prejudice,"[1] filed by Ruben Garcia ("Plaintiff") and Allstate Texas Lloyds ("Defendant") announcing to the Court that the parties agree to Plaintiff dismissing his claims against Defendant. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case. Accordingly, the Court **CANCELS** the show cause hearing scheduled for February 23, 2016.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of February, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 9.